# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| BRENDA BLAKE, ) | |
| ) | CASE NO.: 1:22-CV-1838 |
| PLAINTIFF, ) | |
| v. ) | JUDGE JAMES S. GWIN |
| ) | |
| AMAZON.COM SERVICES, LLC, et al., ) | ORDER |
| ) | |
| DEFENDANTS. ) | |

The Court having entered an Opinion and Order on April 13, 2023. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: April 13, 2023                                             *s/     James S. Gwin*
                                                                 JAMES S. GWIN
                                                                 UNITED STATES DISTRICT JUDGE